# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CRAIG WATKINS,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:18-CV-3328-L** |
| **MARKEL INSURANCE COMPANY,** | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant's Motion to Set Aside Default Judgment (Doc. 3), filed December 19, 2018, and which was referred by order to the magistrate judge on February 22, 2019 (Doc. 4). On April 17, 2019, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 5) was filed. The magistrate judge concluded that the motion should be granted and that the default judgment granted in state court by the 14th Judicial District Court of Dallas County, Texas, should be set aside. Plaintiff Craig Watkins filed no objections to the Report.

After careful consideration of the Report and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Set Aside Default Judgment (Doc. 3) and **sets aside** the default judgment granted on December 6, 2018, against Markel Insurance Company by the judge of the 14th Judicial District Court of Dallas County, Texas.

**It is so ordered** this 31st day of May, 2019.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**